UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

                Plaintiff,

-against-

NYPD; NYC MTA; CITY OF NEW YORK (HRA); CVR ASSOCIATES INC.; UNITED STATES SD COURT; BRONX SUPREME COURT,

                Defendants.

20-CV-0069 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 6, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the November 7, 2019 order in *Frost v. City of New York (HRA)*, ECF 1:19-CV-8936, 6 (S.D.N.Y. Nov. 7, 2019), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court transmit a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 6, 2020
            New York, New York

                                              COLLEEN McMAHON
                                              Chief United States District Judge